UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRCLT CONDOMINIUM, INC., | No. 2:21-cv-01203-DAD-CKD |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND DISMISSING THIS ACTION |
| MARRIOT RESORTS HOSPITALITY CORPORATION, | |
| | (Doc. No. 20) |
| Defendant. | |

On May 4, 2022, plaintiff filed a request for voluntary dismissal of this action, with prejudice. (Doc. No. 20.) Pursuant to Rule 41 of the Federal Rules of Civil Procedure and good cause appearing, the court orders as follows:

1. Plaintiff's request for voluntary dismissal of this action (Doc. No. 20) is granted;
2. This action is dismissed with prejudice;
3. The pending motion to dismiss (Doc. No. 7) in this case is denied as having been rendered moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 1, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1